# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICKI JOHNSON, | Case No.: 2:18-cv-01987-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| SOCIAL SECURITY, | [ECF No. 9] |
| Defendant | |

On August 1, 2019, Magistrate Judge Foley recommended that I dismiss this case because plaintiff Vicki Johnson failed to file a second amended complaint and did not respond to Judge Foley's order to show cause. ECF No. 9. Johnson did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Foley's report and recommendation **(ECF No. 9) is accepted**. Plaintiff Vicki Johnson's amended complaint **(ECF No. 5) is DISMISSED** without prejudice. The clerk of court is instructed to close this case.

DATED this 22nd day of August, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE